**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| IN RE APPLICATION OF RIVADA NETWORKS FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING. | Misc. Case No. 1:16-MC-00024<br><br>**DECLARATION OF ELIZABETH A. SCULLY, ESQ., IN SUPPORT OF PETITION FOR 28 U.S.C. § 1782 DISCOVERY** |

I, Elizabeth A. Scully, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney duly admitted to practice law in the Commonwealth of Virginia and admitted to practice before this Court. I am a partner in the law firm of Baker & Hostetler LLP, and counsel for Rivada Networks ("Petitioner") in this proceeding. I respectfully submit this declaration in support of Petitioner's Application for an Order Pursuant to 28 U.S.C. § 1782(a) to Conduct Discovery for Use in a Foreign Proceeding. I have personal knowledge of the facts set forth herein, unless stated otherwise.

2. I have reviewed the Application and the accompanying declaration, memorandum of law, and other papers filed concurrently herewith. As set forth herein, Petitioner seeks discovery in aid of civil proceedings in Mexico's federal district courts.

3. The discovery sought from Mr. Brett Haan pursuant to this Application includes the subpoenas attached hereto as Exhibits A and B (including Attachment 1 to Exhibit A).

4. Attached hereto as Exhibit C is a proposed order granting Petitioner leave to conduct the requested discovery, to permit the service and enforcement of the subpoenas

attached hereto as Exhibits A and B on Mr. Haan (including Attachment 1 to Exhibit A), and to grant further discovery in favor of Petitioner as the Court deems just and appropriate.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, D.C. on December 5, 2016.

Elizabeth A. Scully, Esq. (65920)