# EXHIBIT C

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE APPLICATION OF RIVADA NETWORKS FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING,<br><br>*Petitioner.* | Misc. Case No. M-_____<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO RIVADA NETWORKS TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

WHEREAS, Petitioner Rivada Networks ("Petitioner") filed an Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding ("Petition") from Brett Haan dated December 5, 2016;

WHEREAS, the Petition is supported by the Declarations of Elizabeth A. Scully, Esq. and Javier M. Gallardo Guzman, related exhibits, and an accompanying Memorandum of Law;

WHEREAS, the Court has considered the Petition, declarations, exhibits, arguments, and law presented in connection therewith, and sufficient basis having been shown, it is hereby

ORDERED that:

1. Petitioner's Petition is GRANTED; and

2. Petitioner may seek the requested discovery from Mr. Haan, and may serve Mr. Haan with the Subpoenas attached as Exhibits A and B to the Declaration of Elizabeth A. Scully, Esq., and enforce such discovery consistent with Rule 45 of the Federal Rules of Civil Procedure and other applicable law.

SO ORDERED:

_____
United States District Judge

Dated: _____, 2016